**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELIZABETH RENEE ALLSPACH,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1849-Orl-31KRS**

**HORIZON MEDICAL GROUP, INC.,**

           **Defendant.**

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the oral motion of Plaintiff Elizabeth Renee Allspach made at the hearing held on March 2, 2007.

Counsel for Horizon Medical Group, Inc. (Horizon) filed a motion to withdraw based on irreconcilable differences with the defendant. Doc. No. 29. I noticed a hearing on the motion and ordered that a representative of Horizon with authority to retain substitute counsel for the corporation personally appear at the hearing. Doc. No. 30. I advised Horizon that failure to appear may result in sanctions, including a recommendation that a default be entered against it. *Id*. I ordered that counsel for Horizon personally serve the corporation with the notice of hearing, *id*., which counsel did, doc. no. 31.

Based on Horizon's failure to communicate with its lawyers, or to retain new counsel, it appears that it has abandoned any interest in defending itself in this case. Accordingly, counsel for Allspach made an oral motion that Horizon's pleadings be stricken.

Horizon failed to appear at a hearing despite an order of the Court to do so. Federal Rule of Civil Procedure 16(f) provides that "[i]f a party . . . fails to obey a scheduling or pretrial order . . . the judge, upon motion or the judge's own initiative, may make such orders with regard thereto as are just, and among others any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Rule 37(b)(2)(C), in turn, provides that the court may enter an order "striking out pleadings . . . or rendering a judgment by default against the disobedient party."

Based on the foregoing, I respectfully recommend that Allspach's oral motion be **GRANTED**, and that the Answer filed by Horizon Medical Group, Inc., doc. no. 8, be **STRICKEN**. I further respectfully recommend that the Court direct the Clerk of Court to enter a default against Horizon Medical Group, Inc. The Clerk of Court is directed to mail a copy of this Order to Horizon Medical Group, Inc. at 240 N. Washington Boulevard, Sarasota, Florida 34236.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 2, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy