# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELIZABETH RENEE ALLSPACH,**

        **Plaintiff,**

**-vs-**                                            Case No. 6:05-cv-1849-Orl-31KRS

**HORIZON MEDICAL GROUP, INC.,**

        **Defendant.**

_____

## ORDER

On March 2, 2007, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 34), recommending that the oral Motion of Plaintiff Elizabeth Renee Allspach to strike Defendant Horizon's pleadings be GRANTED. Defendant filed a timely objection to the Report (Doc. 41). Plaintiff responded (Doc. 42). Upon *de novo* review of the above, the Court sustains Defendant's objection, in part. It is, therefore

**ORDERED** that:

1. The oral Motion of Plaintiff Elizabeth Renee Allspach to strike Defendant Horizon's pleadings is DENIED.

2. As a sanction for its failure to appear and comply with the Order of Magistrate Judge Spaulding, Defendant shall pay Plaintiff the sum of $500 within 30 days as compensation to Plaintiff for the costs incurred in connection with the Motion to Withdraw.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 22, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE